# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### Conciliation Conference:

**Debtor:** MARY CATHERINE KLEE
**Case Number:** 15-20332-TPA    **Chapter:** 13
**Date / Time / Room:** THURSDAY, MARCH 09, 2017 02:00 PM    3251 US STEEL
**Hearing Officer:** CHAPTER 13 TRUSTEE

### Matter:

#10  Plan dated 2/17/15  NFC
(Order setting hearing appears unserved)
R / M #:  10 / 0

### Appearances:

Debtor: Bolind
Trustee: Winnecour / (Bedford) Pail / Katz
Creditor: Pavlovich - Select Portfolio

### Proceedings:

LMP apparently not granted - Need final LMP Report
Plan has SPS in Part 5 But it does not mature
until 2030 and is long term debt -
D's probably cannot afford to cure +
Reinstate SPS

### Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to __3__ at _____.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   ✓ A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: __3-29-17__ at __12:30__.
10. _____ Other:

FILED

MAR 10 2017

CLERK, U.S. B[...]
WEST DIST. OF [...]

3/1/2017    3:58:12PM