IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: Mary Catherine Klee | : | Bankruptcy No. 15-20332-TPA |
| | : | |
| Debtor(s) | : | |
| | : | Chapter 13 |
| Mary Catherine Klee | : | |
| Movant (s) | : | |
| | : | Related to Document No. |
| v. | : | |
| | : | |
| Mary Catherine Klee and | : | |
| Rhonda J. Winnecour, Esquire, Trustee | : | |
| Respondent(s) | : | |

**CERTIFICATE OF SERVICE**
**of Debtor's Amended Chapter 13 Plan dated March 28th, 2017**
**(Local Bankruptcy Form 10)**

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on March 28th 2017.

The type(s) of service made on the parties was: Electronic notification.

EXECUTED ON: March 28, 2017

I hereby certify that a true and correct copy of the Debtor's Amended Chapter 13 Plan dated March 28th, 2017 (Local Bankruptcy Form 10), in this proceeding was served on the following in the manner described, on the 28th of March 2017;

*via electronic transmission*:

Chapter 13 Trustee
Rhonda J. Winnecour, Esquire
(cmecf@chapter13trusteewdpa.com)

Matthew C. Waldt, Esquire
Milstead & Associates, LLC
(mwaldt@milsteadlaw.com)

Office of the United States Trustee
(ustpregion03.pi.ecf@usdoj.gov)

Mary Catherine Klee
(mooseklee@yahoo.com)

Date: April 5, 2016

**/s Lawrence E. Bolind, Jr.**
Lawrence E. Bolind, Jr., Esquire
Attorney for the Debtor
PA No. 44827

DATE: March 28, 2017
**PAWB Local Form 7 (07/13)**