FILED
3/30/17 3:48 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Case No.: 15-20332-TPA |
| | : | Chapter:  13 |
| Mary Catherine Klee | : | |
| | : | |
| | : | Date:  3/29/2017 |
| *Debtor(s).* | : | Time:  12:00 |

**PROCEEDING MEMO**

*MATTER:*  #10 Contested 2/17/15 Plan  NFC
(#90 Amended Plan dated 3/28/17 -filed 3/28)

*APPEARANCES*:
  Debtor:   Lawrence E. Bolind
  Trustee:  Owen Katz
  SPS:      Matthew Pavlovich

*NOTES:*

Katz:       Plan does not appear to be feasible.

Bolind:     If LMP did not work out, there is nothing we can do.

Pavlovich:  $104,000 in arrears.  Reviewed twice for LMP.

*OUTCOME:*  Oral Motion to convert case to Ch. 7 is GRANTED
LMP is terminated, no requirement for a final report to be filed.

*[signature]*

ljm