```
Capital One Auto Financing
P.O. Box 260848
Plano, TX 75026-0848


David Neeren, Esquire
Woodcredt Corporate Center
111 Woodcrest Road, Suite 200
Cherry Hill, NJ 08003-3620


Financial Recovery Services
PO Box 385908
Minneapolis, MN 55438-5908


Galaxy Asset & Purchasing LLC (5660 Gree
5660 Greenwood Plaza Blvd.
Suite 101
Greenwood Village, CO 80111


Israel E. Klee
2508 Bonnie Bell Drive
South Park, PA 15129-8897


Israel E. Klee
2508 Bonnie Dell Drive
South Park, PA 15129


None.



Select Portfolio
P.O. Box 65250
Salt Lake City, UT 84165-0250
```