IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

MARY CATHERINE KLEE ) Case No. 15-20332TPA
 )
      Debtor, )
 )

CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a true and correct copy of the foregoing ORDER CONVERTING CASE FROM CHAPTER 13 TO CHAPTER 7 AND TERMINATING WAGE ATTACHMENT on the following creditors and parties in interest of record listed on the *Current Official Mailing Matrix* this 13th day of April, 2017, addressed as follows:

Notice by first class mail was sent to the following persons/entities:

American Express Centurion Bank
c/o Becket and Lee, LLP
P.O. Box Malvern, PA 19355-0701

Office of the United States Trustee
Liberty Center
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222-3721

Capital One Auto Finance
c/o Ascension Capital
P.O. Box 201347
Arlington, TX 76006-1347

David Neeren, Esquire
Woodcrest Corporate Center
111 Woodcrest Road, Suite 200
Cherry Hill, NJ 08003-3620

Financial Recovery Services
P.O. Box 385908
Minneapolis, MN 55438-5908

Select Portfolio Servicing Inc.
P.O. Box 65250
Salt Lake City, UT 84165-2417

Israel E. Klee
2508 Bonnie Dell Drive
South Park, PA 15129-8897

Mary Catherine Klee
2508 Bonnie Dell Drive
South Park, PA 15129-8897

Galaxy Asset & Purchasing LLC
5660 Greenwood Plaza Blvd.
Suite 101
Greenwood Village, CO 80111-2417

Natalie Lutz Cardello, Esquire
107 Huron Drive
Carnegie, PA 15106-1826

I, Lawrence E. Bolind, Jr., declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

<u>/s/ L.E. Bolind, Jr.</u>
Lawrence E. Bolind, Jr.
Attorney for Debtor
Mary Catherine Klee
PA ID No. 44827
238 Main Street
Imperial, PA 15126

(724) 695-8620
(724) 695-8621 (fax)
bolindlaw@verizon.net