**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Mary Catherine Klee** <br> First Name   Middle Name   Last Name | Social Security number or ITIN **xxx–xx–3388** <br> EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ <br> EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court <br> **WESTERN DISTRICT OF PENNSYLVANIA** | | Date case filed in chapter **13**     **1/31/15** |
| Case number:   **15–20332–TPA** | | Date case converted to chapter **7**     **3/30/17** |

Official Form 309B (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– Proof of Claim Deadline Set**                      12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Mary Catherine Klee | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 2508 Bonnie Dell Drive <br> South Park, PA 15129 | |
| 4. | **Debtor's attorney** <br> Name and address | Lawrence E. Bolind Jr. <br> 238 Main Street <br> Imperial, PA 15126 | Contact phone 724–695–8620 |
| 5. | **Bankruptcy trustee** <br> Name and address | Natalie Lutz Cardiello <br> 107 Huron Drive <br> Carnegie, PA 15106 | Contact phone 412–276–4043 |
| | | The United States Trustee, Region3, appoints this individual as interim trustee as of the date of the filing of the bankruptcy petition. | |

**For more information, see page 2 >**

Official Form 309B (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– Proof of Claim Deadline Set**                                      page **1**

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office** | U.S. Bankruptcy Court<br>5414 U.S. Steel Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 | Hours open Monday – Friday<br>9:00 AM – 4:30 PM<br>Contact phone 412–644–2700<br>Date: 4/17/17 |
| | The Court uses an electronic filing system and filers must follow the Court's Local Rules governing the manner in which documents must be filed. Persons not represented by an attorney may file paper documents at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov.<br>**Photo ID/Delays:** For security reasons, you may encounter delays when attending court hearings. You should be prepared to show Photo Identification when attending these preceedings, Please plan accordingly. | |
| **7. Meeting of creditors** | **June 5, 2017 at 12:00 PM** | Location: |
| Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Liberty Center, 7th Floor, Room 740, 1001 Liberty Avenue, Pittsburgh, PA 15222** |
| **8. Presumption of abuse** | The presumption of abuse does not arise. | |
| If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | | |
| **9. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4) or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 8/4/17** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 9/5/17** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 7/30/15** |
| | **Deadlines for filing proof of claim:**<br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Liquidation of the debtor's property and payment of creditors' claims** | The bankruptcy trustee listed on the front of this notice will collect and sell the debtor's property that is not exempt. If the trustee can collect enough money, creditors may be paid some or all of the debts owed to them in the order specified by the Bankruptcy Code. To ensure you receive any share of that money, you must file a proof of claim as described above. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object | |

to exemptions in line 9.

Official Form 309B (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– Proof of Claim Deadline Set** page **2**

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Mary Catherine Klee
    Debtor

Case No. 15-20332-TPA
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0315-2    User: dkam    Page 1 of 1    Date Rcvd: Apr 17, 2017
    Form ID: 309B    Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 19, 2017.
```
db             +Mary Catherine Klee,    2508 Bonnie Dell Drive,    South Park, PA 15129-8897
aty            +James Warmbrodt,    KML Law Group, P.C.,     701 Market Street,     Suite 5000,
                 Philadelphia, PA 19106-1541
aty            +Matthew Christian Waldt,    Milstead & Associates, LLC,    1 East Stow Road,
                 Marlton, NJ 08053-3118
13996612        David Neeren, Esquire,    Woodcredt Corporate Center,     111 Woodcrest Road, Suite 200,
                 Cherry Hill, NJ 08003-3620
13989728        David Neeren, Esquire,    Woodcrest Corporate Center,     111 Woodcrest Road, Suite 200,
                 Cherry Hill, NJ 08003-3620
13996614       +Galaxy Asset & Purchasing LLC (5660 Gree,    5660 Greenwood Plaza Blvd.,    Suite 101,
                 Greenwood Village, Colorado 80111-2417
13989729        Israel E. Klee,    2508 Bonnie Bell Drive,    South Park, PA 15129-8897
13996616        Select Portfolio,    P.O. Box 65250,    Salt Lake City, Utah 84165-0250
13989730        Select Portfolio Servicing Inc.,    P.O. Box 65250,    Salt Lake City, Utah 84165-0250
14068459        Select Portfolio Servicing, Inc.,    P.O. Box 65250,    Salt Lake City, UT 84165-0250
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty             E-mail/Text: bolindlaw@verizon.net Apr 18 2017 01:19:00     Lawrence E. Bolind, Jr.,
                 238 Main Street,    Imperial, PA 15126
tr             +EDI: QNLCARDIELLO.COM Apr 18 2017 01:03:00      Natalie Lutz Cardiello,    107 Huron Drive,
                 Carnegie, PA 15106-1826
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 18 2017 01:19:27     Pennsylvania Dept. of Revenue,
                 Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA  17128-0946
ust            +E-mail/Text: ustpregion03.pi.ecf@usdoj.gov Apr 18 2017 01:19:36
                 Office of the United States Trustee,    Liberty Center.,    1001 Liberty Avenue, Suite 970,
                 Pittsburgh, PA 15222-3721
cr              EDI: BECKLEE.COM Apr 18 2017 01:03:00      American Express Centurion Bank,
                 c/o Becket and Lee, LLP,    P.O. Box 3001,    Malvern, PA  19355-0701
cr             +EDI: AISACG.COM Apr 18 2017 01:03:00      Capital One Auto Finance c/o Ascension Capital Gro,
                 P.O. Box 201347,    Arlington, TX 76006-1347
14016263       +EDI: AISACG.COM Apr 18 2017 01:03:00      Capital One Auto Finance, c/o Ascension Capital Gr,
                 P.O. Box 201347,    Arlington, TX 76006-1347
13996613        E-mail/Text: data_processing@fin-rec.com Apr 18 2017 01:19:13     Financial Recovery Services,
                 PO Box 385908,    Minneapolis, MN 55438-5908
                                                                                              TOTAL: 8

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Select Portfolio Servicing, Inc.
13996615*       Israel E. Klee,   2508 Bonnie Bell Drive,    South Park, PA 15129-8897
                                                                                   TOTALS: 1, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 19, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 17, 2017 at the address(es) listed below:
```
          James   Warmbrodt    on behalf of Creditor    Select Portfolio Servicing, Inc.
           bkgroup@kmllawgroup.com
          Lawrence E. Bolind, Jr.    on behalf of Debtor Mary Catherine  Klee bolindlaw@verizon.net
          Matthew Christian Waldt    on behalf of Creditor    Select Portfolio Servicing, Inc.
           mwaldt@milsteadlaw.com,   bkecf@milsteadlaw.com
          Natalie Lutz Cardiello    ncardiello@comcast.net, ncardiello@ecf.epiqsystems.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
                                                                                             TOTAL: 5
```