# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>    Mary Catherine Klee<br>            Debtor.<br>Select Portfolio Servicing, Inc.,<br>            Movant,<br>vs.<br>Mary Catherine Klee,<br>            Debtor / Respondent,<br>and<br>Natalie Lutz Cardiello,<br>            Trustee / Respondent. | Case No.: 15-20332-TPA<br><br>Chapter 7<br><br>Hearing Date: June 15, 2017<br>Time:   9:30 a.m.<br>Location:  Courtroom C |

## NOTICE OF HEARING WITH RESPONSE DEADLINE
## REGARDING MOTION FOR RELIEF FROM THE AUTOMATIC STAY

TO THE RESPONDENT(S):

You are hereby notified that the above Movant seeks an order affecting your rights or property.

You are further notified to file with the Clerk and serve upon the undersigned attorney for Movant a response to the motion no later than **June 3, 2017,** seventeen (17) days from the date of service below, in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedures of the Presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov. If you fail to timely respond, the Motion may be granted by the Court by default without a hearing.

You should take this to your lawyer at once.

A hearing will be held on **June 15, 2017 at 9:30 a.m.** before the Honorable Thomas P. Agresti, in Courtroom C on the 54th Floor of the U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219. An order granting the relief sought may be entered and the hearing may not be held if you do not timely file and serve a written response.

DATED:  May 17, 2017

MILSTEAD & ASSOCIATES, LLC

  /s/Matthew C. Waldt
Matthew C. Waldt, Esquire
mwaldt@milsteadlaw.com
Attorney ID No. 203308
1 E. Stow Road
Marlton, NJ 08053
(856) 482-1400
Attorneys for Movant