## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Mary Catherine Klee, | ) | Bankruptcy No. 15-20332-TPA |
| | ) | |
| Debtor. | ) | Chapter 7 |
| ********************************** | ) | |
| Select Portfolio Servicing, Inc., | ) | Doc No. |
| | ) | |
| Movant, | ) | |
| vs. | ) | |
| | ) | |
| Mary Catherine Klee, Debtor/Respondent, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| Natalie Lutz Cardello, Trustee/Respondent, | ) | |

### CERTIFICATE OF SERVICE

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on June 4, 2017; Reply to Motion for Relief from Automatic Stay and Request for Waiver of Fed. R. Bankr. P. 4001(a)(3) Stay, and Proposed Order.

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: electronic notification and first-class mail.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First-Class Mail."

**Service by Electronic Notification:**

Natalie Lutz Cardiello, Trustee
107 Huron Drive
Carnegie, PA 15106

Matthew C. Waldt, Esquire
Milstead & Associates, LLC
1 E. Stow Road
Marlton, NJ 08053

**Service by First-Class Mail:**

Mary Catherine Klee
2508 Bonnie Dell Drive
South Park, PA 15129

Israel Klee
2508 Bonnie Dell Drive
South Park, PA 15129


June 4, 2017

                                              By:    /s/ Lawrence E. Bolind, Jr.
Lawrence E. Bolind, Jr., Esquire
Counsel for Debtor
238 Main Street
Imperial, PA 15126-102138
(724) 695-8620
(724) 695-8621 (fax)
PA I.D. # 44827
bolindlaw@verizon.net