# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) |
| | ) |
| Mary Catherine Klee, | ) Bankruptcy No. 15-20332-TPA |
| | ) |
| Debtor. | ) Chapter 7 |
| ********************************** | ) |
| Select Portfolio Servicing, Inc., | ) Doc No. |
| | ) |
| Movant, | ) |
| vs. | ) |
| | ) |
| Mary Catherine Klee, Debtor/Respondent, | ) |
| | ) |
| and | ) |
| | ) |
| Natalie Lutz Cardello, Trustee/Respondent, | ) |

## ORDER OF COURT

AND NOW, this _____ day of _____, 2017, upon consideration of the Movant's Motion for Relief from the Automatic Stay and Request from Waiver of Fed.Bankr. P. 4001(a)(3) Stay against the Debtor is denied.

_____
United States Bankruptcy Judge