Certificate Number: 17572-PAW-DE-029383388

Bankruptcy Case Number: 15-20332



17572-PAW-DE-029383388

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 7, 2017, at 1:19 o'clock PM PDT, Mary Catherine Klee completed a course on personal financial management given by internet by Dollar Learning Foundation, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:  June 7, 2017

By:  /s/Benjamin E Wunsch

Name:  Benjamin E Wunsch

Title:  Counselor