FILED
6/15/17 4:00 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In Re:

| | | |
|---|---|---|
| Mary Catherine Klee | : | Case No. 15-20332-TPA |
| | : | Chapter 7 |
| *Debtor* | : | |
| | : | |
| | : | Date:  6/15/2017 |
| | : | Time: 10:30 |

## PROCEEDING MEMO

*MATTER:*     #114 MFRS filed by Select Portfolio
              #121 Resp by Debtor

*APPEARANCES*:

Debtor:             Lawrence Bolind
Select Portfolio:   Susan Ruschak
Trustee:            Natalie Cardiello (no appearance)

Bolind: No objection to grant of motion, but Debtor's husband would like a hearing as to amount of claim

*OUTCOME:*     GRANTED / OE.

**ljm**