**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

MARY CATHERINE KLEE

Debtor(s)

Ronda J. Winnecour
    Movant
vs.
No Repondents.

Case No.:15-20332 TPA

Document No.:

### TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

   1. The case was filed on 01/31/2015 and confirmed on 04/16/2015. The case was subsequently     (D)
CONVERTED AFTER CONFIRMATION FUNDS TO DEBTOR

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 56,070.31 |
| Less Refunds to Debtor | 9,611.43 | |
| TOTAL AMOUNT OF PLAN FUND | | 46,458.88 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 3,085.13 | |
|   Trustee Fee | 2,101.46 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 5,186.59 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   SELECT PORTFOLIO SERVICING INC(*) | 0.00 | 25,679.88 | 0.00 | 25,679.88 |
|     Acct: 0860 | | | | |
|   SELECT PORTFOLIO SERVICING INC(*) | 100,286.54 | 0.00 | 0.00 | 0.00 |
|     Acct: 0860 | | | | |
|   CAPITAL ONE AUTO FINANCE | 16,977.60 | 514.90 | 919.62 | 1,434.52 |
|     Acct: 4555 | | | | |
|   SELECT PORTFOLIO SERVICING INC(*) | 275,502.79 | 0.00 | 14,157.89 | 14,157.89 |
|     Acct: 0860 | | | | |
| | | | | 41,272.29 |
| **Priority** | | | | |
|   LAWRENCE E BOLIND JR ESQ | 1,000.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MARY CATHERINE KLEE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MARY CATHERINE KLEE | 8,466.81 | 8,466.81 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MARY CATHERINE KLEE | 1,144.62 | 1,144.62 | 0.00 | 0.00 |
|     Acct: | | | | |

| 15-20332 TPA | **TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 2 of 2 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| **Priority** | | | | |
| LAWRENCE E BOLIND JR ESQ<br>Acct: | 3,600.00 | 3,085.13 | 0.00 | 0.00 |
| SELECT PORTFOLIO SERVICING INC(*)<br>Acct: 0860 | 0.00 | 0.00 | 0.00 | 0.00 |
| | * * * N O N E * * * | | | |
| **Unsecured** | | | | |
| FINANCIAL RECOVERY SVCS INC<br>Acct: L247 | 0.00 | 0.00 | 0.00 | 0.00 |
| GALAXY ASSET PURCHASING LLC<br>Acct: 2732 | 0.00 | 0.00 | 0.00 | 0.00 |
| GILBERT B WEISMAN ESQ<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| | * * * N O N E * * * | | | |

| | | | | |
|---|---|---|---|---|
| TOTAL PAID TO CREDITORS | | | | 41,272.29 |

TOTAL CLAIMED
PRIORITY           0.00
SECURED      392,766.93
UNSECURED          0.00

Date: 06/16/2017

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com