FILED
6/15/17 4:01 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>    Mary Catherine Klee<br>        Debtor.<br>Select Portfolio Servicing, Inc.,<br>        Movant,<br>vs.<br>Mary Catherine Klee,<br>        Debtor / Respondent,<br>and<br>Natalie Lutz Cardiello,<br>        Trustee / Respondent. | Case No.: 15-20332-TPA<br><br>Chapter 7<br><br>Rel to Doc No. 114 |

### ORDER GRANTING RELIEF FROM §362 AUTOMATIC STAY

AND NOW, this __15th__ day of __June__, 20__17__, it is hereby

ORDERED that Select Portfolio Servicing, Inc. is hereby granted relief from the automatic stay provided for by 11 U.S.C. §362 to permit Movant, its successors or assigns, to take any and all action necessary to enforce its rights as determined by state and/or other applicable law with regard to the real property known as and located at 2508 Bonnie Dell Drive, South Park, PA 15129;

ORDERED that Movant shall be permitted to communicate with the Debtor and Debtor's counsel to the extent necessary to comply with applicable non-bankruptcy law;

ORDERED that this Order is binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code;

BY THE COURT:

_____
Hon. Thomas P. Agresti, U.S.B.J.

cc:    Matthew C. Waldt, Esquire
       Lawrence E. Bolind, Jr., Esquire
       Natalie Lutz Cardiello, Trustee
       Mary Catherine Klee

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                              Case No. 15-20332-TPA
Mary Catherine Klee                                                                 Chapter 7
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: dkam              Page 1 of 1             Date Rcvd: Jun 15, 2017
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 17, 2017.
db              +Mary Catherine Klee,    2508 Bonnie Dell Drive,    South Park, PA 15129-8897

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 17, 2017                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 15, 2017 at the address(es) listed below:
              James Warmbrodt     on behalf of Creditor    Select Portfolio Servicing, Inc.
               bkgroup@kmllawgroup.com
              Lawrence E. Bolind, Jr.    on behalf of Debtor Mary Catherine   Klee bolindlaw@verizon.net
              Matthew Christian Waldt    on behalf of Creditor    Select Portfolio Servicing, Inc.
               mwaldt@milsteadlaw.com,    bkecf@milsteadlaw.com
              Natalie Lutz Cardiello    ncardiello@comcast.net, ncardiello@ecf.epiqsystems.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
                                                                                             TOTAL: 5