**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 15-20332-TPA |
| | : | |
| MARY CATHERINE KLEE | : | Chapter 7 |
| | : | |
| *Debtor* | : | Related to Doc. No. 129, 130 |
| | : | |
| Natalie Lutz Cardiello, Trustee | : | |
| Movant | : | |
| | : | |
| v. | : | |
| | : | |
| Mary Catherine Klee | : | |
| Respondent | : | |
| | : | |

**NOTICE OF WITHDRAWAL**

To: Michael R. Rhodes, Clerk of Courts

PLEASE TAKE NOTICE that the Trustee withdraws her Motion to Extend the Time for Objecting to Exemptions filed on June 30, 2017.

Dated: July 11, 2017                           Respectfully submitted,

*/s/Natalie Lutz Cardiello*
Natalie Lutz Cardiello, Trustee
107 Huron Drive
Carnegie, PA 15106
(412) 276-4043
ncardiello@comcast.net
PA ID# 51296