FILED
7/14/17 12:54 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 15-20332-TPA |
| Mary Catherine Klee | : | Chapter: | 7 |
| *Debtor(s).* | : | | |
| | : | Date: | 7/13/2017 |
| | : | Time: | 11:00 |

## PROCEEDING MEMO

**MATTER:**  #129 Motion to Extend Time to Object to Exemptions
  #131  Withdrawal of #129
  #132  Withdrawal

**APPEARANCES:**
  Debtor:  Lawrence E. Bolind (no appearance)
  Trustee:  Natalie Lutz Cardiello

**NOTES:**

Cardiello  Have determined that there are no assets in the estate. Have withdrawn motion.

**OUTCOME:**  Request to withdraw motion GRANTED /OE.

*/s/ [signature]*

ljm