FILED
7/14/17 12:55 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
MARY CATHERINE KLEE,
    *Debtor*

NATALIE LUTZ CARDIELLO,
TRUSTEE,
    *Movant*

v.

MARY CATHERINE KLEE,
    *Respondent*

: Case No. 15-20332-TPA
:
: Chapter 7
:
: Related to Doc. Nos. 129, 132

## *ORDER*

AND NOW, this *13th* day of *July, 2017*, following a hearing held this date on the *Trustee's Motion to Extend Time for Objecting to Exemptions* ("Motion"), Doc. No. 129, during which the Trustee expressed a desire to withdraw said *Motion*, consistent with the Notice of Withdrawal filed at Doc. No. 132, it is **ORDERED, ADJUDGED** and **DECREED** that the *Motion* is deemed **WITHDRAWN** pursuant to the Trustee's request.

Thomas P. Agresti, Judge
United States Bankruptcy Court

Case administrator to serve:
    Natalie Lutz Cardiello, Esq.
    Lawrence Bolind, Esq.
    Debtor

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Mary Catherine Klee
    Debtor

Case No. 15-20332-TPA
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0315-2    User: dkam    Page 1 of 1    Date Rcvd: Jul 14, 2017
                   Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 16, 2017.
db           +Mary Catherine Klee,    2508 Bonnie Dell Drive,    South Park, PA 15129-8897

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.      TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 16, 2017                                Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 14, 2017 at the address(es) listed below:
         James Warmbrodt     on behalf of Creditor    Select Portfolio Servicing, Inc. bkgroup@kmllawgroup.com
         Lawrence E. Bolind, Jr.     on behalf of Debtor Mary Catherine Klee bolindlaw@verizon.net
         Matthew Christian Waldt     on behalf of Creditor    Select Portfolio Servicing, Inc. mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com
         Natalie Lutz Cardiello     on behalf of Trustee Natalie Lutz Cardiello ncardiello@comcast.net, ncardiello@ecf.epiqsystems.com
         Natalie Lutz Cardiello     ncardiello@comcast.net, ncardiello@ecf.epiqsystems.com
         Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov
     TOTAL: 6