UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
ANDREW R. VARA
ACTING UNITED STATES TRUSTEE
Liberty Center, Suite 970
1001 Liberty Avenue
Pittsburgh, Pennsylvania 15222
Telephone: (412) 644-4756
Facsimile: (412) 644-4785
E-mail: Heather.Sprague@usdoj.gov

By:    Heather A. Sprague, Trial Attorney

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | CASE NUMBER: |
| | ) | |
| MARY CATHERINE KLEE, | ) | 15-20332 TPA |
|     DEBTOR. | ) | Chapter 7 |
| | ) | |
| UNITED STATES TRUSTEE, | ) | |
|     MOVANT, | ) | RELATED TO DOCUMENT NOS. 136, 137 |
| | ) | |
| v. | ) | |
| | ) | HEARING DATE AND TIME: |
| MARY CATHERINE KLEE, | ) | August 31, 2017 at 10:30 a.m. |
|     RESPONDENT. | ) | |
| | ) | Responses due: August 21, 2017 |

CERTIFICATION OF NO OBJECTION REGARDING MOTION OF
UNITED STATES TRUSTEE FOR EXTENSION OF TIME
TO FILE COMPLAINT OBJECTING TO DISCHARGE UNDER § 727 AND
MOTION TO DISMISS PURSUANT TO 11 U.S.C. § 707(b)(3)

The undersigned certifies that as of the date hereof, no answer, objection or other responsive pleading of any kind has been received to the Motion to Extend Time filed on August 4, 2017 at Document Number 136. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading of any kind to the Motion to Extend Time appears thereon. Pursuant to the Notice of Hearing, objections to the

-2-

Motion were to be filed no later than August 21, 2017.

It is hereby respectfully requested that the Order filed at Document Number 136 regarding the United States Trustee's Motion to Extend Time be entered by the Court.

                    Respectfully submitted,

                    ANDREW R. VARA
                    ACTING UNITED STATES TRUSTEE
                    Region 3

Dated:  August 21, 2017        By:    /s/ Heather A. Sprague
                                              Heather A. Sprague, Trial Attorney
                                              (MA ID 661541)
                                              Liberty Center, Suite 970
                                              1001 Liberty Avenue
                                              Pittsburgh, Pennsylvania 15222
                                              Telephone: (412) 644-4756
                                              Facsimile: (412) 644-4785
                                              E-mail: Heather.Sprague@usdoj.gov