FILED
8/28/17 2:07 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | CASE NUMBER: |
| | ) | |
| MARY CATHERINE KLEE, | ) | 15-20332 TPA |
| DEBTOR. | ) | Chapter 7 |
| | ) | |
| UNITED STATES TRUSTEE, | ) | |
| MOVANT, | ) | RELATED TO DOCUMENT NO. _136_ |
| | ) | |
| v. | ) | |
| | ) | |
| MARY CATHERINE KLEE, | ) | |
| RESPONDENT. | ) | |
| | ) | |

ORDER OF COURT

AND NOW, on this _____28th_____ day of _____August_____, 2017,

it appearing that the United States Trustee has filed a motion to extend the time for the filing of a complaint objecting to discharge pursuant to 11 U.S.C. § 727 and a motion to dismiss pursuant to 11 U.S.C. § 707(b)(3);

and that sufficient cause for the extension exists;

the period for the filing of a complaint objecting to discharge pursuant to 11 U.S.C. § 727 and a motion to dismiss pursuant to 11 U.S.C. § 707(b)(3) is hereby extended to October 3, 2017.

HON. THOMAS P. AGRESTI **ljm**
UNITED STATES BANKRUPTCY JUDGE

-1-

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                          Case No. 15-20332-TPA
Mary Catherine Klee                                            Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: dkam              Page 1 of 1              Date Rcvd: Aug 28, 2017
                              Form ID: pdf900         Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 30, 2017.
db            +Mary Catherine Klee,   2508 Bonnie Dell Drive,   South Park, PA 15129-8897

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                          TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 30, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 28, 2017 at the address(es) listed below:
        Heather A. Sprague  on Behalf of the United States Trustee by   on behalf of U.S. Trustee
         Office of the United States Trustee Heather.Sprague@usdoj.gov,
         Lisa.Geyer@usdoj.gov;David.A.Milko@usdoj.gov;David.A.Berry@usdoj.gov;Steven.W.Albright@usdoj.gov;
         Andrew.F.Cetnarowski@usdoj.gov
        James  Warmbrodt    on behalf of Creditor   Select Portfolio Servicing, Inc.
         bkgroup@kmllawgroup.com
        Lawrence E. Bolind, Jr.   on behalf of Debtor Mary Catherine  Klee bolindlaw@verizon.net
        Matthew Christian Waldt    on behalf of Creditor   Select Portfolio Servicing, Inc.
         mwaldt@milsteadlaw.com,   bkecf@milsteadlaw.com
        Natalie Lutz Cardiello   on behalf of Trustee Natalie Lutz Cardiello ncardiello@comcast.net,
         ncardiello@ecf.epiqsystems.com
        Natalie Lutz Cardiello   ncardiello@comcast.net,  ncardiello@ecf.epiqsystems.com
        Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov
                                                                    TOTAL: 7