Case 15-20332-TPA    Doc 146    Filed 10/23/17    Entered 10/23/17 11:11:29    Desc Main
                    Document      Page 1 of 1

FILED
10/23/17 9:45 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No.: 15-20332-TPA |
| Mary Catherine Klee | : | Chapter: 7 |
| *Debtor(s).* | : | Date: 10/19/2017 |
| | : | Time: 11:00 |

## PROCEEDING MEMO

**MATTER:** #143 Second Motion to Extend Time to file Cmp Objecting to Dsch and Motion to Dismiss

**APPEARANCES:**
Debtor:   Lawrence E. Bolind
Trustee:  Natalie Lutz Cardiello
US Tee:   Heather Sprague (no appearance)

**NOTES:**

No objection to any extension of time, but would like to bring to Court's attention that Debtor has signed loan modification with existing lender. He thinks once bank has accepted bankruptcy is not necessary.

**OUTCOME:** GRANTED, Dismiss case effective in 30 days. MOE.

jlm