FILED
10/23/17 9:46 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | CASE NUMBER: |
| ) | |
| MARY CATHERINE KLEE, ) | 15-20332 TPA |
| DEBTOR. ) | Chapter 7 |
| ) | |
| UNITED STATES TRUSTEE, ) | |
| MOVANT, ) | RELATED TO DOCUMENT NO. 143 |
| ) | |
| v. ) | |
| ) | |
| MARY CATHERINE KLEE, ) | |
| RESPONDENT. ) | |

ORDER OF COURT

AND NOW, on this ___19th___ day of ___October___, 2017,

it appearing that the United States Trustee has filed a second motion to extend the time for the filing of a complaint objecting to discharge pursuant to 11 U.S.C. § 727 and a motion to dismiss pursuant to 11 U.S.C. § 707(b)(3); *and based on the agreement of counsel, it is hereby Ordered that the above matter is dismissed with prejudice effective on December 18, 2017.*

HON. THOMAS P. AGRESTI
UNITED STATES BANKRUPTCY JUDGE

-1-

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                   Case No. 15-20332-TPA
Mary Catherine Klee                                                      Chapter 7
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2           User: dkam              Page 1 of 1              Date Rcvd: Oct 23, 2017
                               Form ID: pdf900        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 25, 2017.
db          +Mary Catherine Klee,   2508 Bonnie Dell Drive,   South Park, PA 15129-8897

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 25, 2017                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 23, 2017 at the address(es) listed below:
          Heather A. Sprague   on Behalf of the United States Trustee by   on behalf of U.S. Trustee
           Office of the United States Trustee Heather.Sprague@usdoj.gov,
           Lisa.Geyer@usdoj.gov;David.A.Milko@usdoj.gov;David.A.Berry@usdoj.gov;Steven.W.Albright@usdoj.gov;
           Andrew.F.Cetnarowski@usdoj.gov
          James Warmbrodt    on behalf of Creditor   Select Portfolio Servicing, Inc.
           bkgroup@kmllawgroup.com
          Lawrence E. Bolind, Jr.   on behalf of Debtor Mary Catherine  Klee bolindlaw@verizon.net
          Matthew Christian Waldt   on behalf of Creditor   Select Portfolio Servicing, Inc.
           mwaldt@milsteadlaw.com,   bkecf@milsteadlaw.com
          Natalie Lutz Cardiello    on behalf of Trustee Natalie Lutz Cardiello ncardiello@comcast.net,
           ncardiello@ecf.epiqsystems.com
          Natalie Lutz Cardiello    ncardiello@comcast.net, ncardiello@ecf.epiqsystems.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
                                                                                             TOTAL: 7