Form 619

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

**Mary Catherine Klee**  :  Case No. 15−20332−TPA
*Debtor(s)*  :
 :  Chapter: 7
 :

## ORDER DISMISSING CASE WITH PREJUDICE

**AND NOW**, this The 18th of December, 2017, it is hereby **ORDERED, ADJUDGED AND DECREED** that the above−captioned case is **DISMISSED WITH PREJUDICE**. The Debtor(s) remain legally liable for all his/her debts as if the bankruptcy petition had not been filed. Pursuant to 11 U.S.C. §109(g), Debtor(s) are ineligible to file bankruptcy under any chapter for a period of 180 days.

Creditor collection remedies are reinstated pursuant to 11 U.S.C. § 349. Creditors are directed to 11 U.S.C. § 108(c) for time limits on filing a lawsuit to collect. Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs or 30 days after the date of this *Order*, whichever is later.

The Clerk of Court shall give notice to all creditors of this dismissal.

cm: Debtor

Thomas P. Agresti, Judge
United States Bankruptcy Court

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                    Case No. 15-20332-TPA
Mary Catherine Klee                                                                       Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2    User: jmar    Page 1 of 2    Date Rcvd: Dec 18, 2017
                        Form ID: 619    Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 20, 2017.
```
db           +Mary Catherine Klee,    2508 Bonnie Dell Drive,    South Park, PA 15129-8897
cr            American Express Centurion Bank,    c/o Becket and Lee, LLP,    P.O. Box 3001,
              Malvern, PA 19355-0701
13996612      David Neeren, Esquire,    Woodcredt Corporate Center,    111 Woodcrest Road, Suite 200,
              Cherry Hill, NJ 08003-3620
13989728      David Neeren, Esquire,    Woodcrest Corporate Center,    111 Woodcrest Road, Suite 200,
              Cherry Hill, NJ 08003-3620
14405124      Financial Recovery ServicesPO Box 385908,    Minneapolis, MN 55438-5908
14405125      Galaxy Asset & Purchasing LLC,    5660 Gree5660 Greenwood Plaza Blvd.,    Suite 101,
              Greenwood Village, CO 80111
13996614     +Galaxy Asset & Purchasing LLC (5660 Gree,    5660 Greenwood Plaza Blvd.,    Suite 101,
              Greenwood Village, Colorado 80111-2417
13989729      Israel E. Klee,    2508 Bonnie Bell Drive,    South Park, PA 15129-8897
14405127     +Israel E. Klee,    2508 Bonnie Dell Drive,    South Park, PA 15129-8897
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr           +E-mail/PDF: acg.acg.ebn@americaninfosource.com Dec 19 2017 01:19:37
              Capital One Auto Finance c/o Ascension Capital Gro,    P.O. Box 201347,
              Arlington, TX 76006-1347
14016263     +E-mail/PDF: acg.acg.ebn@americaninfosource.com Dec 19 2017 01:19:27
              Capital One Auto Finance, c/o Ascension Capital Gr,    P.O. Box 201347,
              Arlington, TX 76006-1347
14405122      E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Dec 19 2017 01:26:08
              Capital One Auto Financing,    P.O. Box 260848,    Plano, TX 75026-0848
13996613      E-mail/Text: data_processing@fin-rec.com Dec 19 2017 01:23:04      Financial Recovery Services,
              PO Box 385908,    Minneapolis, MN 55438-5908
14405128      E-mail/Text: jennifer.chacon@spservicing.com Dec 19 2017 01:24:11      Select Portfolio,
              P.O. Box 65250,    Salt Lake City, UT 84165-0250
13996616      E-mail/Text: jennifer.chacon@spservicing.com Dec 19 2017 01:24:11      Select Portfolio,
              P.O. Box 65250,    Salt Lake City, Utah 84165-0250
13989730      E-mail/Text: jennifer.chacon@spservicing.com Dec 19 2017 01:24:11
              Select Portfolio Servicing Inc.,    P.O. Box 65250,    Salt Lake City, Utah 84165-0250
14068459      E-mail/Text: jennifer.chacon@spservicing.com Dec 19 2017 01:24:11
              Select Portfolio Servicing, Inc.,    P.O. Box 65250,    Salt Lake City, UT 84165-0250
                                                                                              TOTAL: 8
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr            Select Portfolio Servicing, Inc.
14405123*     David Neeren, Esquire,    Woodcredt Corporate Center,    111 Woodcrest Road,    Suite 200,
              Cherry Hill, NJ 08003-3620
13996615*     Israel E. Klee,    2508 Bonnie Bell Drive,    South Park, PA 15129-8897
14405126*     Israel E. Klee,    2508 Bonnie Bell Drive,    South Park, PA 15129-8897
14405884*     Select Portfolio Servicing Inc.,    PO Box 65250,    Salt Lake City, UT 84165-0250
                                                                                 TOTALS: 1, * 4, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 20, 2017                                        Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 18, 2017 at the address(es) listed below:
```
              Heather A. Sprague    on Behalf of the United States Trustee by    on behalf of U.S. Trustee
               Office of the United States Trustee Heather.Sprague@usdoj.gov
              James Warmbrodt    on behalf of Creditor    Select Portfolio Servicing, Inc.
               bkgroup@kmllawgroup.com
              Lawrence E. Bolind, Jr.    on behalf of Debtor Mary Catherine  Klee bolindlaw@verizon.net
```

```
District/off: 0315-2          User: jmar                 Page 2 of 2              Date Rcvd: Dec 18, 2017
                              Form ID: 619               Total Noticed: 17
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Matthew Christian Waldt    on behalf of Creditor    Select Portfolio Servicing, Inc. mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com
        Natalie Lutz Cardiello    on behalf of Trustee Natalie Lutz Cardiello ncardiello@comcast.net, ncardiello@ecf.epiqsystems.com
        Natalie Lutz Cardiello    ncardiello@comcast.net, ncardiello@ecf.epiqsystems.com
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov

        TOTAL: 7